IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAM H. MASSENGILL, on behalf of
PATRICIA L. MASSENGILL, deceased,

      Plaintiff,

vs.                                                                                          No. CIV 13-1085 JB/CG

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the Memorandum Opinion and Order Adopting Magistrate Judge's Proposed Finding and Recommended Disposition, filed November 30, 2014 (Doc. 32), enters this Final Judgment in compliance with rule 58 of the Federal Rules of Civil Procedure. This case is remanded to Defendant Carolyn W. Colvin for further proceedings.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Justin S. Raines
Jeff Diamond Law Firm
Carlsbad, New Mexico

      *Attorneys for the Plaintiff*

Damon P. Martinez
    United States Attorney
Manuel Lucero
    Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Eric Bradford Tucker
    Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
Dallas, Texas

    *Attorneys for the Defendant*